

**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Friday, December 13, 2024

Ms. Jane E. Bishkin
Law Office of Jane E Bishkin
3730 Ladd Street, Suite B
Dallas, TX 75212
* DELIVERED VIA E-MAIL *

Mr. Roy L. Barrett
Naman Howell Smith & Lee, PLLC
400 Austin Ave Ste 800
Waco, TX 76701-2145
* DELIVERED VIA E-MAIL *

RE:    Case Number: 23-0933
       Court of Appeals Number: 10-22-00391-CV
       Trial Court Number: 21-0294CV

Style:  CITY OF BUFFALO AND JERROD JONES
        v.
        GREGORY MOLIERE

Dear Counsel:

Today the Supreme Court of Texas issued a per curiam opinion and judgment in the above-referenced cause. You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:    District Clerk Leon County (DELIVERED VIA E-MAIL)
       Mr. Philip A. Lionberger (DELIVERED VIA E-MAIL)
       Ms. Stephanie Schwab (DELIVERED VIA E-MAIL)
       Mr. Joe Rivera (DELIVERED VIA E-MAIL)
       Ms. Sherry Williamson (DELIVERED VIA E-MAIL)